**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION**

| | | |
|---|---|---|
| TYSON BEISEL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | FEDERAL EMPLOYERS' |
| | ) | LIABILITY ACT ("FELA") |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| **Serve Registered Agent at:** | ) | |
| **C T Corporation System** | ) | |
| **112 SW 7th Street, Suite 3C** | ) | |
| **Topeka, KS 66603** | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Tyson Beisel, by and through counsel, states as follows for his Complaint against Defendant BNSF Railway Company:

1. This action arises under the provisions of 45 U.S.C. §§51-60, commonly known as the Federal Employers' Liability Act or FELA.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331.

3. Venue of this action properly lies in the United States District Court for the District of Kansas pursuant to 28 U.S.C. §1391(b) because Defendant resides within this District and Division and engages in the interstate operation of a railroad within the State of Kansas and this Division.

4. Defendant is a corporation organized and existing under the law and operates a railroad business in several states, including the State of Kansas.

1

5.      Plaintiff is a resident of Herington, Kansas, and was at all times relevant employed by Defendant as a conductor and was working in furtherance of Defendant's interstate transportation and commerce when he sustained injuries.

## COUNT I – May 30, 2020 Incident

6.      Plaintiff incorporates by reference the allegations of paragraphs 1-5 above.

7.      On or about May 30, 2020, Plaintiff was working at or near Concordia, Kansas, and sustained injuries to his right foot and ankle after being required to perform his duties walking on uneven and poorly maintained terrain alongside Defendant's railroad tracks.

8.      Plaintiff's injuries were caused, in whole or in part, by one or more of the following negligent acts or omissions or violations of federal railroad safety laws by Defendant, its agents, and/or employees:

   a. Defendant failed to provide a reasonably safe place to work and reasonably safe conditions for work;

   b. Defendant failed to provide adequate assistance;

   c. Defendant failed to provide reasonably safe methods of work;

   d. Defendant failed to provide reasonably safe walking areas for conductors to walk in the course of their duties;

   e. Defendant failed to keep and maintain those margins alongside its railroad tracks where its employees were required to walk in the course of their duties, reasonably free from debris and hazards known or which should have been known to exist, which affect the safety of such employees.

   f. Defendant failed to use appropriately sized and secure ballast/chat in areas where it required its employees to walk;

   g. Defendant violated 49 C.F.R. §213.103 by failing to support the track by material to provide adequate drainage for the track, constituting negligence *per se*; and

      h. Defendant negligently assigned and instructed Plaintiff to work in an unsafe working area.

9. As a result, in whole or in part, of one or more of the foregoing negligent acts or omissions, Plaintiff sustained permanent injuries to his right leg, foot and ankle; he has required medical care including multiple surgeries and incurred medical expenses and will require/incur such in the future; he has lost and will continue to lose wages, earning capacity, and benefits; he has experienced and will continue experiencing physical pain, emotional distress, and disfigurement; all to his damage.

WHEREFORE, Plaintiff Tyson Beisel prays for judgment in Count I against Defendant BNSF Railway Company, which is fair and reasonable, in excess of $75,000, plus costs of suit incurred herein.

## COUNT II – March 1, 2021 Incident

10. Plaintiff incorporates by reference the allegations of paragraphs 1-5 above.

11. On or about May 1, 2021, Plaintiff was attempting to secure handbrakes on Defendant's railcars working at or near Abilene, Kansas when he sustained injuries to his right shoulder.

12. Plaintiff's injuries were caused, in whole or in part, by one or more of the following violations of federal railroad safety laws and negligent acts or omissions of Defendant, its servants, agents, and/or employees:

      a. Defendant failed to provide a reasonably safe place to work and reasonably safe conditions for work;

      b. Defendant failed to provide reasonably safe equipment;

      c. Defendant failed to provide adequate assistance;

      d. Defendant failed to provide reasonably safe methods of work; and

      e. Defendant failed to furnish Plaintiff with a safe, efficient, and properly working handbrake, in violation of the federal railroad Safety Appliance Act, 49 U.S.C. §20302(a)(1)(B), constituting negligence *per se*.

13. As a result, in whole or in part, of one or more of the foregoing negligent acts or omissions, Plaintiff sustained permanent injuries to his right shoulder; he has required medical care including surgery and incurred medical expenses and will require/incur such in the future; he has lost and will continue to lose wages, earning capacity, and benefits; he has experienced and will continue experiencing physical pain, emotional distress, and disfigurement; all to his damage.

WHEREFORE, Plaintiff Tyson Beisel prays for judgment in Count II against Defendant BNSF Railway Company, which is fair and reasonable, in excess of $75,000, plus costs of suit incurred herein.

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL COUNTS AND CLAIMS.**

**PLAINTIFF HEREBY REQUESTS PURSUANT TO COURT RULES THAT THE CASE BE TRIED BEFORE THE WICHITA DIVISION**.

Respectfully submitted,

*s/ Nelson G. Wolff*
Nelson G. Wolff, #79083
Scott M. Gershenson, #29083
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street
St. Louis, MO 63102
Tel:  (314) 621-6115
Fax:  (314) 621-7151
nwolff@uselaws.com
sgershenson@uselaws.com

-and-

John W. Johnson # 07684
MORRIS, LAING, EVANS,
BROCK & KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, KS 67202-2745
Tel:  (316) 262-2671
Fax:  (316) 262-6226
jjohnson@morrislaing.com

*Attorneys for Plaintiff*